**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:08-cv-283 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| FISERV, INC. and CHECKFREE | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS FISERV, INC. AND CHECKFREE CORPORATION

Pursuant to Fed. R. Civ. 41(a)(2) and (c), Plaintiff Leon Stambler ("Plaintiff") and

Defendants Fiserv, Inc. and CheckFree Corporation hereby stipulate that all claims and causes of

action asserted by Plaintiff against Defendants Fiserv, Inc. and CheckFree Corporation, and all

claims and causes of action asserted by Defendants Fiserv, Inc. and CheckFree Corporation

against Plaintiff in the above-entitled and numbered action be, and hereby are, dismissed with

prejudice to re-filing same. A proposed order is attached as Exhibit A. Each party shall bear its

own costs and attorneys' fees.

**DATED: October 27, 2009.**

| | |
|---|---|
| /s/ Brent N. Bumgardner | By: /s/ Michael E. Jones |
| Texas State Bar No. 00795272 | Michael E. Jones |
| Attorney-in-Charge | State Bar No. 10929400 |
| Edward R. Nelson, III | Douglas R. McSwane |
| State Bar No. 00797142 | State Bar No. 13861300 |
| Barry J. Bumgardner | POTTER MINTON |
| Texas State Bar No. 00793424 | 110 North College, 500 Plaza Tower |
| Christie B. Lindsey | Tyler, Texas 75702 |
| Texas State Bar No. 24041918 | (903) 597-8311 |
| Steven W. Hartsell | (903) 593-0846 – fax |
| Texas State Bar No. 24040199 | mikejones@potterminton.com |
| Ryan P. Griffin | dougmcswane@potterminton.com |

Texas State Bar No. 24053687
Decker A. Cammack
Texas State Bar No. 24036311
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
(817) 377-9111
Fax (817) 377-3494
bbumgardner@nbclaw.net
enelson@nbclaw.net
barry@nbclaw.net
clindsey@nbclaw.net
shartsell@nbclaw.net
rgriffin@nbclaw.net
dcammack@nbclaw.net

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.net

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

*Of counsel*:

Nicholas Groombridge
Steven D. Glazer
Andrew Werner
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 – main
 (212) 310-8007 – fax
nicholas.groombridge@weil.com
steven.glazer@weil.com
andrew.werner@weil.com

Audrey L. Maness
State Bar No. 24060219
Jason C. Abair
State Bar No. 24034300
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
(713) 546-5000
(713) 224-9511 – fax
audrey.maness@weil.com

Thomas K. Pratt
Michael L. Krashin
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(313) 463-5000
(313) 463-5001 – fax
tpratt@bannerwitcoff.com
mkrashin@bannerwitcoff.com

**ATTORNEYS FOR DEFENDANTS
FISERV, INC. AND CHECKFREE
CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brent N. Bumgardner